**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CORY DOBBINS,**
**ADC #654680**                                                                **PLAINTIFF**

**V.**                          **CASE NO. 1:16-CV-00121-KGB-BD**

**MATHEW JAMES, et al.**                                               **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I**.      **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge

Kristine G. Baker.  You may file written objections to this Recommendation.  If you file

objections, they must be specific and must include the factual or legal basis for your

objection.  Your objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

**II.**      **Discussion**

Jeffery Elmore, an Arkansas Department of Correction inmate, filed this lawsuit

on behalf of Cory Dobbins, as well as fifteen other individuals.  (Docket entry #1)

Because Mr. Dobbins did not submit an *in forma pauperis* application or pay the filing

fee, the Court ordered him to do one or the other within thirty days of September 19,

2016.  (#2)

As of this date, Mr. Dobbins has failed to respond to the Court's September 19

Order.  The deadline for complying with the Court's Order has expired.

## III.    <u>Conclusion</u>

The Court recommends that Mr. Dobbins's claims be DISMISSED, without

prejudice, based on his failure to address the filing fee requirement, as ordered.

DATED this 21st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE