# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CORY DOBBINS**                                                                              **PLAINTIFF**
**ADC #654680**

v.                                Case No: 1:16-cv-00121 KGB

**MATHEW JAMES;** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 3). The parties have not filed objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff Cory Dobbins' claims are dismissed without prejudice.

So ordered this the 2nd day of December, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge